of Appeals for the Third Circuit. Motions to dismiss or affirm submitted January 8, 1906. Decided January 15, 1906. *Per. Curiam.* Dismissed for the want of jurisdiction. *Colorado Central Mining Company* v. *Turck,* 150 U. S. 138; *Press Publishing Company* v. *Monroe,* 164 U. S. 105; *Ex parte Jones,* 164 U. S. 691; *Continental National Bank* v. *Buford,* 191 U. S. 119; *Spencer* v. *Duplan Silk Company,* 191 U. S. 526. *Mr. John H. Hazelton* and *Mr. John G. Carlisle* for appellant. *Mr. Walter H. Bacon* and *Mr. Robert H. McCarter* for appellees.

No. 405. GEORGE H. JONES, PLAINTIFF IN ERROR, *v.* WILLIAM VANE ET AL. In error to the Supreme Court of the State of Idaho. Motions to dismiss or affirm submitted January 15, 1906. Decided January 22, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *San Francisco* v. *Itsell,* 133 U. S. 65; *Hopkins* v. *McLure,* 133 U. S. 380; *California* v. *Holladay,* 159 U. S. 415; *Eustis* v. *Bolles,* 150 U. S. 361, 367; *Kipley* v. *Illinois,* 170 U. S. 182; *Lynde* v. *Lynde,* 181 U. S. 183; *Western Union Telegraph Company* v. *Ann Arbor Railway Company,* 178 U. S. 239. *Mr. William T. Birdsall* for plaintiff in error. *Mr. S. M. Stockslager* and *Mr. George C. Heard* for defendants in error.

No. —, Original. *Ex parte:* IN THE MATTER OF GEORGE W. WATT AND JAMES M. DOHAN, PETITIONERS. January 29, 1906. Motion for leave to file petition for a writ of mandamus denied. *Mr. James M. Dohan* and *Mr. W. C. Arnold* for petitioners.

No. —, Original. *Ex parte:* IN THE MATTER OF LEONARD IMBODEN AND JAMES A. HILL, PETITIONERS. January 29, 1906. Motion for leave to file petition for a writ of *habeas corpus* denied. *Mr. James S. Davis, Mr. James J. Banks* and *Mr. Henry J. Hersey* for petitioners.